**OFFICE OF DISCIPLINARY
COUNSEL, Petitioner**

v.

**Jeffrey W. BURNS, Respondent.**

**No. 215, Disciplinary Docket
No. 3—Supreme Court.
No. 91 DB 96—Disciplinary Board.**

Supreme Court of Pennsylvania.

April 1, 1997.

***ORDER***

PER CURIAM:

AND NOW, this 1st day of April, 1997, on certification by the Disciplinary Board that the respondent, JEFFREY W. BURNS, who was suspended by Order of this Court dated July 18, 1996, for a period of six months, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, JEFFREY W. BURNS is hereby reinstated to active status, effective immediately.

■

**OFFICE OF DISCIPLINARY
COUNSEL, Petitioner**

v.

**Gail FULLER, Respondent.**

**No. 888 Disciplinary Docket No. 2.
Disciplinary Board No. 55 DB 93.**

Supreme Court of Pennsylvania.

April 3, 1997.

***ORDER***

PER CURIAM:

AND NOW, this 3rd day of April, 1997, there having been filed with this Court by Gail Fuller her verified Statement of Resignation dated February 19, 1997, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Gail Fuller be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, retroactive to June 30, 1993; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa. R.D.E.